**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JAMES POSTIGLIONE, et al,** | : | |
| Plaintiffs, | : | **CIVIL ACTION** |
| v. | : | |
| | : | |
| **CROSSMARK, INC.,** | : | **No. 11-960** |
| Defendant. | : | |

**ORDER**

AND NOW, this 14th day of November, 2012:

1. Upon consideration of Plaintiffs' motion for leave to amend (paper no. 65), motion to certify a conditional class (paper no. 34), and motion to compel (paper no. 57), and Defendant's responses thereto, it is **ORDERED** that:

    a. Plaintiffs' Motion for Leave to Amend Their Renewed Motion for Conditional Class Certification for the Purpose of Narrowing the Class (paper no. 65) is **DENIED**.

    b. Plaintiffs' Renewed Motion for Conditional Certification of Collective Class (paper no. 34) is **DENIED**.

    c. Plaintiffs' Motion to Compel Answers to Interrogatories and to Compel Production of Documents (paper no. 57) is **DENIED** without prejudice.

2. All of the plaintiffs other than James Postiglione are **DISMISSED** without prejudice.

3. The Clerk of Court shall amend the caption as follows:

| | | |
|---|---|---|
| **JAMES POSTIGLIONE** | : | |
| | : | **CIVIL ACTION** |
| v. | : | |
| | : | |
| **CROSSMARK, INC.** | : | **No. 11-960** |

                                                           /s/ Norma L. Shapiro
                                                                                    J.